UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jorge Daniel Jimenéz Blancarte,

                Petitioner.    Case No. 19-13189

v.                                    Judith E. Levy
                                      United States District Judge
Luna Elizabeth Ponce Santamaria,
                                      Mag. Judge David R. Grand
                Respondent.

_____/

## **ORDER FOR INTERIM PARENTING TIME [16]**

This is a Hague Convention case arising from the alleged wrongful removal of the parties' two minor children from Mexico to Michigan. (ECF No. 1.) On November 6, 2019, the Court issued emergency equitable relief placing the two children in Petitioner's temporary custody. (ECF No. 11.) On November 12, 2019, the parties filed a stipulated order addressing interim parenting time pending the resolution of this case on the merits. (ECF No. 16.) Pursuant to 22 U.S.C. § 9004, this Court may, "in furtherance of the objectives of article 7(b) and other provisions of the Convention, . . . take or cause to be taken measures under Federal or State law, as appropriate, to protect

the well-being of the child involved." Finding that the parties' stipulated order will protect the well-being of the parties' two minor children, the Court orders the following:

**IT IS HEREBY ORDERED** that the Petitioner/father shall continue to have parenting time with the minor children until Sunday November 10, 2019 at 10:30 a.m., when he drops the minor children off at Holy Family Church located at 24505 Meadowbrook Road, Novi, Michigan 48375, in time for their morning mass. Respondent/mother shall have the minor children from Sunday, November 10, 2019 until Wednesday, November 13, 2019 when she drops them off at school. Thereafter, the parties shall follow a 2-2-3 parenting time schedule, as follows:

1. Respondent/mother shall have parenting time with the minor children every Monday and Tuesday overnight, picking the minor children up from school, and shall drop the children off at school Wednesday morning;

2. Petitioner/father shall have parenting time with the minor children every Wednesday and Thursday overnight, picking the

minor children up from school, and shall drop the children off at school on Friday morning.

3. Alternating weekends from Friday after school until Monday morning, dropping the minor children off at school (Respondent/mother shall have Friday, November 15, 2019 through Monday, November 18, 2019 and thereafter alternating each weekend).

**IT IS FURTHER ORDERED** that each party shall have daily telephone/facetime communications with the minor children at 5:00pm, when it is not their respective parenting time.

**IT IS FURTHER ORDERED** that neither party shall discuss any legal proceeding involving the parties with the minor children, or make disparaging comments about the other party to, or in the presence of, the minor children. Both parents shall instruct their immediate family members, friends and other acquaintances who may be in contact with the minor children, or may have any communication with their minor children, not to discuss any topic associated with the legal proceedings involved in this case with either of the minor children.

**IT IS FURTHER ORDERED** that counsel for each party shall retain their client's passport until further order of the Court. The Mexican passport for each child is currently being retained by Respondent's counsel. He shall continue to retain same, until further order of the Court.

IT IS SO ORDERED.

Dated: November 12, 2019　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 12, 2019.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager